DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUAN RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00038 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | ) | |
| JUAN RODRIGUEZ, | ) | Date: September 14, 2007 |
| | ) | Time: 9:00 A.M. |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the sentencing hearing in the above-referenced matter now scheduled for September 7, 2007, may be continued to September 14, 2006, at 9:00 A.M.**

The continuance is at the request of defense counsel to provide her additional time for preparation of a sentencing memorandum addressing those issues relevant to the case. Counsel had previously requested and received time for the preparation of a memorandum to the Court, but has been unable to complete the memorandum in time for reply and review by the government. The delay is also the result of having a week of duty and a shortened holiday week. Counsel intends to file the sentencing memorandum

///

///

///

1  on September 7, 2007, and would be prepared for a sentencing hearing on September 14, 2007.  The
2  requested continuance will conserve time and resources for both counsel and the court.

|   |   |
|---|---|
|   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: September 5, 2007 | By:  /s/ Francine Zepeda with consent of<br>       Kevin P. Rooney<br>KEVIN P. ROONEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Public Defender |
| DATED: September 5, 2007 | By:  /s/ Francine Zepeda<br>FRANCINE ZEPEDA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JUAN RODRIGUEZ |

**O R D E R**

IT IS SO ORDERED.

**Dated:   September 5, 2007**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE